[redacted]

Case5:14-cv-00824-LHK Document1-1 Filed02/24/14